```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12034
   DAVID P SCHMIEGE
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-0463
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/06/07 and confirmed on 01/18/08.

   2.  The case was dismissed after confirmation, 09/05/2008.

   3.  The Debtor paid a total of $  27100.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | .00 | .00 | .00 |
| AR CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| ACTIVITY COLLECTION SVC | UNSECURED | 492.20 | 13.96 | 11.17 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| ENHANCED RECOVERY CORP | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3871.57 | 109.68 | 87.86 |
| TIMOTHY MCJOYNT PC | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| STEVEN D BUSH MD | UNSECURED | 81188.46 | 2300.32 | 1842.36 |
| NORTH AMERICAN CREDIT SV | UNSECURED | NOT FILED | .00 | .00 |
| OLD CITY FINANCIAL INC | UNSECURED | NOT FILED | .00 | .00 |
| RMS INC | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 20509.20 | .00 | 20509.20 |
| CAPITAL ONE BANK | UNSECURED | 4367.39 | 123.76 | 99.10 |
| ILLINOIS DEPT REVENUE | UNSECURED | 539.80 | 15.28 | 12.25 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | PRIORITY | 3188.03 | .00 | 94.26 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20509.20 | 3188.03 | 90459.42 | .00 | 114156.65 |
| PRINCIPAL PAID | 20509.20 | 94.26 | 2052.74 | .00 | 22656.20 |

```
INTEREST PAID                   .00         .00     2563.00         .00     2563.00
TOTAL PAID                 20509.20       94.26     4615.74         .00    25219.20
```

The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $   3500.00 and was paid $   3191.00   direct and $    309.00   through the plan.

The Trustee received $   1571.80 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/16/08                       /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE